Before the First Division, October 19, 1939

**No. 42518.**—Protest 992416–G of Levin Bros. (New York).

Opinion by Evans, J. In accordance with stipulation of counsel and on the authority of Abstract 40586 the harmonicas in question were held dutiable at 40 percent under paragraph 1541 as claimed.

**No. 42519.**—Protests 985001–G, etc., of Dan Brechner & Co. (New York).

Opinion by Evans, J. It was stipulated that the merchandise consists of balloons similar to those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 42520.**—Protests 904184–G (B), etc., of I. W. Rice & Co. et al. (New York).

Opinion by Evans, J. In accordance with stipulation of counsel and on the authority of *DeBoer* v. *United States* (T. D. 44301) the bottles in question were held dutiable under paragraph 217 as claimed.

**No. 42521.**—Protest 942681–G of General Concessions Corporation (Cleveland).

Opinion by Evans, J. It was agreed that the merchandise is the same as that which was the subject of Abstract 41626. The claim at 35 percent under paragraph 1503 was therefore sustained.

Before the Second Division, October 19, 1939

**No. 42522.**—Protest 992174–G of Greenberg & Josefsberg (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of hand scales similar to those the subject of Abstract 38504. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 42523.**—Protest 984617–G of F. C. G. Importers, Inc. (New York).

Opinion by Dallinger, J. It was stipulated that the pourers in question are chiefly used on the table for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 42524.**—Protest 887030–G of S. Lisk & Bro. (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the paperweights in question were held dutiable at 50 percent under paragraph 339 as claimed.